IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BOWMAN,<br><br>Defendant and Judgment Debtor. | Case No.: 1:15-MC-00046-SKO<br><br>**STIPULATION REGARDING WRIT OF GARNISHMENT; AND ORDER THEREON**<br><br>CRIMINAL CASE. NO.: 1:10CR00285-LJO<br><br>No Hearing Requested |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>Garnishee. | |

  Plaintiff United States and defendant Patrick Bowman ("Defendant") hereby stipulate to the resolution of the United States' pending garnishment action against Defendant's interest in certain Life Insurance Company of the Southwest annuity accounts as follows:

  1.  The Court convicted and sentenced Defendant in the above referenced criminal case as stated in the Judgment in a Criminal Case filed on or about March 31, 2014.  The Judgment ordered Defendant to pay a $100.00 statutory assessment and $1,801.832.50 in restitution.  Defendant is also obligated, pursuant to sub-chapter…C of the Federal Debt Collection Procedures Act, to pay a surcharge of ten percent (10%) on the $1,801,832.50 restitution debt ($180,183.25) (28 U.S.C. § 3011(a)).  To date, the assessment and restitution remain unpaid in full and as of October 21, 2015, Defendant owes $1,953.040.40 in restitution, surcharge and attendant interest.

  2.  The United States sought, and the Clerk issued, a writ of garnishment on September 1,

2015, against certain annuity accounts held by Defendant and his spouse (Margaret Bowman) at garnishee Life Insurance Company of the Southwest.

3. On or about October 19, 2015, Life Insurance Company of the Southwest filed and served its amended answer to the writ, identifying four annuity accounts in which Defendant has some interest: (1) 403(b) Annuity 679328X, owned by Defendant, valued at $53,243.16; (2) 403(b) Annuity 684227X, owned by Defendant, valued at $45,907.28; (3) 403(b) annuity 682913X, owned by Defendant's spouse (Margaret Bowman), valued at $12,231.46; and (4) Annuity 679329X, owned by Defendant's spouse (Margaret Bowman), valued at $39,264.22.

4. The Parties agree to resolve this garnishment action in the amount of $99,150.44, and to effectuate this agreement, the Parties agree that the Court can and should enter an order:

A. Garnishing $53,243.16 from Annuity 679328X and garnishing $45,907.28 from Annuity 684227X and directing payment of the total amount of $99,150.44 to the Clerk of the Court for the Eastern District of California.

5. The Parties further agree that Defendant's spouse (Margaret Bowman) shall retain the full value of the 403(b) Annuities owned by her (annuity 682913X and annuity 679329X).

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

BENJAMIN B. WAGNER
United States Attorney

Dated: October 27, 2015        */s/ Patrick J. Suter*
PATRICK J. SUTER
Assistant United States Attorney

FOR THE DEFENDANT AND JUDGMENT DEBTOR:

Dated: October 22, 2015        */s/ William Bowman*
WILLIAM BOWMAN, Attorney-in-Fact

Stipulation and Order of Garnishment                    2

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation Regarding Writ of Garnishment (the Stipulation), and finding good cause therefor, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for an order of garnishment in the amount of $99,150.44 is GRANTED;

2. Life Insurance Company of the Southwest shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check, money order or company draft in the sum of $99,150.44 drawn from defendant Patrick Bowman's annuities numbered 679328X and 684227X and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 2500 Tulare Street, Suite 1501, Fresno, California 93721.  Life Insurance Company of the Southwest shall also state the docket number (Case No. 1:10CR00285-LJO) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

3. Upon its payment of $99,150.44 to the Clerk, Life Insurance Company of the Southwest shall RELEASE its hold on any accounts associated with Defendant Patrick Bowman and his spouse Margaret Bowman.

4. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:   **November 9, 2015**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

Order of Garnishment

1